# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | SWIFT AIR, LLC |
| **Case Number:** | 2:12-BK-14362-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 18, 2012 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

HEARING ON (PROPOSED) DISCLOSURE STATEMENT UNDER SECTION 1125 OF THE BANKRUPTCY CODE FILED BY MICHAEL W. CARMEL OF MICHAEL W. CARMEL, LTD. ON BEHALF OF SWIFT AIR, LLC .

**R / M #:**   247 / 0

**VACATED:   RESCHEDULED TO 1/3/13 AT 1:30 P.M.**

### Appearances:

NONE

### Proceedings:

VACATED: RESCHEDULED TO 1/3/13 AT 1:30 P.M.