# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SWIFT AIR, LLC | | |
| **Case Number:** | 2:12-bk-14362-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, APRIL 22, 2013 09:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

## Matter:

EXPEDITED HEARING RE Motion to Approve Debtors Emergency Motion For Order (i) Authorizing And Approving Second Amendment To Debtor In Possession Loan Agreement, Including Increase Of Loan Ceiling, And (ii) Granting Other Related Relief filed by MICHAEL W. CARMEL of MICHAEL W. CARMEL, LTD. on behalf of Swift Air, LLC.

**R / M #:**   458 / 0

## Appearances:

MICHAEL W. CARMEL, ATTORNEY FOR SWIFT AIR, LLC
CAROLYN JOHNSEN, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
ANDREA HANDEL, U.S. DEPT OF JUSTICE
BRETT NIZZO, ATTORNEY FOR SWIFT AIR
JEFF CONRY, CEO SWIFT AIRLINES
TERESA PILATOWICZ, ATTORNEY FOR NIMBOS HOLDINGS, LLC

Case 2:12-bk-14362-DPC   Doc 465   Filed 04/22/13   Entered 04/22/13 10:37:44   Desc
Main Document    Page 1 of 2

04/22/2013   10:37:23AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:12-bk-14362-DPC          MONDAY, APRIL 22, 2013 09:00 AM

## Proceedings:

Mr. Nizzo addresses the Emergency Motion and advises Debtor is finalizing key terms on the term sheet with Global Air. He did submit a Declaration of Mr. Jeff Conry and urges the Court to grant the Motion.  Mr. Nizzo did speak with AV and is prepared to respond quickly and provide Ms. Johnsen with the requested information.

Ms. Johnsen places her opposition to the Motion on the record.  Ms. Johnsen advises she does need accounts payable information. She request a status hearing be set next week.

Ms. Handel does not take a position on this Motion.

Ms. Pilatowicz advises Nimbos is prepared to fund the DIP Loan.

Mr. Conry is sworn and examined by the Court.  He advises if not approved the company has a very dark future and decisions will need to be made on how to go forward.

COURT:  IT IS ORDERED GRANTING THE MOTION AND SETTING A STATUS HEARING ON APRIL 30, 2013, AT 11:00 A.M. FOR 30 MINUTES.