RIEMER & BRAUNSTEIN LLP
Alan L. Braunstein, Esq. (abraunstein@riemerlaw.com)
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
        -and-
Steven E. Fox, Esq. (sfox@riemerlaw.com)
Brett J. Nizzo, Esq. (bnizzo@riemerlaw.com)
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
Tel: (212) 789-3100

-and-

LAW OFFICES OF MICHAEL W. CARMEL, LTD.
Michael Carmel, Esq. #007356 (michael@mcarmellaw.com)
80 East Columbus Avenue
Phoenix, Arizona 85004
Tel: (602) 264-4965

Co-Counsel to the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Case No. 2:12-bk-14362 DPC |
|---|---|
| SWIFT AIR, L.L.C., <br><br> Debtor. | Chapter 11 <br> **NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER (A) AUTHORIZING AND APPROVING DEBTOR'S ENTRY INTO A PLAN FUNDING TERM SHEET WITH BEACHSIDE CAPITAL, LLC; (B) APPROVING TERMINATION FEE AND EXCLUSIVITY PROVISIONS THEREOF; AND (C) GRANTING OTHER RELATED RELIEF** <br><br> Hearing Date: May 21, 2013 @ 9:00 a.m. (PT) <br> Response Deadline: May 17, 2013 @ 4:00 p.m. (PT) |

NOTICE IS HEREBY GIVEN that a Hearing (the "Hearing") on the emergency motion (the "Motion") of SWIFT AIR, L.L.C., debtor and debtor-in-possession herein (the "Debtor") seeking entry of an order – on an emergency/expedited basis, inter alia: (a) authorizing the Debtor's entry into and approving (subject to confirmation of the plan of reorganization) a plan funding term sheet (the "Plan Funding Agreement"), by and among the Debtor and Beachside Capital, LLC (or a designee thereof, the

"Plan Funder"), which Plan Funding Agreement takes the form attached hereto as <u>Exhibit A</u>; (b) approving the termination fee and exclusivity provisions provided for in the Plan Funding Agreement with the Plan Funder; and (c) granting such other relief as may be appropriate in connection herewith, **shall be held on May 21, 2013 at 9:00 a.m. (PT), at the United States Bankruptcy Court, District of Arizona, 230 N. First Avenue, Phoenix, AZ 85003.**

RESPECTFULLY SUBMITTED this 13th day of May, 2013.

SWIFT AIR, L.L.C.

By its counsel,

RIEMER & BRAUNSTEIN LLP
Alan L. Braunstein
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
abraunstein@riemerlaw.com

-and-

Steven E. Fox, Esq.
Brett J. Nizzo, Esq.
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
Tel: (212) 789-3100
sfox@riemerlaw.com
bnizzo@riemerlaw.com

-and-

LAW OFFICES OF MICHAEL W. CARMEL, LTD

*/s/ Michael Carmel*
Michael Carmel, Esq. #007356
80 East Columbus Avenue
Phoenix, Arizona 85004
Tel: (602) 264-4965
michael@mcarmellaw.com

1559868.1