# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** SWIFT AIR, LLC
**Case Number:** 2:12-BK-14362-DPC     **Chapter:** 11
**Date / Time / Room:** TUESDAY, JUNE 11, 2013 01:30 PM   7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** LORRAINE DAVIS
**Reporter / ECR:** ANNETTE AGUILAR

## Matters:

1) EXPEDITED HEARING IN RE: DIP FINANCING
   R / M #:   510 / 0

2) ADM: 2:12-bk-14362-DPC
   EXPEDITED HEARING ON MOTION FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE UNDER EXECUTORY CONTRACT OR LEAVE TO SECURE REPLACEMENT OF CHARTER AIR TRANSPORTATION SERVICES FILED BY BOSTON PROFESSIONAL HOCKEY ASSOCIATION, INC.
   R / M #:   0 / 0

## Appearances:

ANDREA HOROWITZ HANDEL, ATTORNEY FOR FAA
GERALD SILVER, ATTORNEY FOR NIMBOS HOLDINGS
CAROLYN J. JOHNSEN, CREDITOR COMMITTEE
ANTHONY AUSTIN, ATTY CHICAGO BLACKHAWKS
KELLY BLACK, ATTY GLOBAL PHOENIX, POTENTIAL BUYER
DAVID HINDMAN, ATTY SWIFT AIRCRAFT MANAGEMENT
STEVEN FOX, ATTY DEBTOR
JORDON KROOP, ATTY BOSTON CELTICS/MILWAUKEE BUCKS
ALAN MEDA, ATTY BOSTON BRUINS
TERESA PILATOWICA, ATTY NIMBOS

Case 2:12-bk-14362-DPC   Doc 539   Filed 06/11/13   Entered 06/12/13 08:55:42   Desc
Main Document    Page 1 of 2                        06/12/2013   8:55:27AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:12-BK-14362-DPC         TUESDAY, JUNE 11, 2013 01:30 PM

## *Proceedings:*

ITEM # 1 & ITEM # 2

The court has read through the pleadings and explains his view of what is going on with the case.

Mr. Fox concurs with the courts understanding of what is taking place. He reviews the outcome of the hearing held before Judge Collins last week. He is trying to get through the Stanley Cup finals. He discusses his position with the court.

Mr. Gordon responds and states his client is prepared to advance $100 thousand dollars. He reviews the terms with the parties and the court.

Mr. Meda feels better about the situation.

Mr. Kroop replies and asks the court for an order of commitment through the end of the month.

Mr. Fox replies

The court notes the emergency that brought the parties before the court today have been dealt with. The court will not set a deadline and advises counsel to file something to be addressed with Judge Collins.

Case 2:12-bk-14362-DPC    Doc 539    Filed 06/11/13    Entered 06/12/13 08:55:42    Desc
Main Document    Page 2 of 2    06/12/2013    8:55:27AM