# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SWIFT AIR, LLC |
| **Case Number:** | 2:12-bk-14362-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 05, 2013 03:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

CONTINUED STATUS HEARING RE: CONVERSION

**R / M #:**   494 / 0

## Appearances:

CAROLYN J. JOHNSEN, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
KELLY SINGER, ATTORNEY FOR COMERICA LEASING CORP.
JORDAN KROOP, ATTORNEY FOR MILWAUKEE BUCKS
ANDREA HANDEL, ATTORNEY FOR U.S. DEPARTMENT OF JUSTICE
GERALD GORDON, NIMBOS HOLDINGS
ANTHONY AUSTIN, ATTORNEY FOR CHICAGO BLACKHAWKS
STEVE FOX, ATTORNEY FOR DEBTOR
ALAN MEDA, ATTORNEY FOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:12-bk-14362-DPC          WEDNESDAY, JUNE 05, 2013 03:30 PM

*Proceedings:*

Mr. Fox advises the company has continued to operate in the normal course. He understands his client will have enough support to get through the playoffs which is June 17, 2013. He has been told that there was a productive meeting yesterday between Nimbos, TransJet and the latest suitor as described to the Court at the last hearing. He advises those discussions are to continue throughout the week.

Ms. Johnsen discusses her May and April fees and advises if money is put on the table her clients will continue to ride.

Mr. Gordon advises he spoke to Mr. Wooley who advised Nimbos was prepared to advance $100,000 for operations. He does have authority to pay the committee's and Mr. Fox's fees for the period of May 24th forward. If an executed term sheet is entered into there will be protection for Mr. Fox going forward.

Mr. Conry discusses his cash position which will take them through June 17th.

COURT: IT IS ORDERED DIRECTING MR. GORDON TO RESERVE $10,000 FOR THE PRE-MAY 24TH TIME FRAME FOR THE COMMITTEE'S COUNSEL AND A GOING FORWARD COMMITMENT FOR MAY 24, 2013, FOR THE JENNINGS STRAUSS FIRM, MR. FOX AND MR. CARMEL'S FIRM.

MR. GORDON SUBMIT A FORM OF ORDER.

Mr. Austin reads an e-mail he received from Swift Air relating to the unavailability of a flight on June 9, 2013. He request the Court grant a full termination of the contract or allow them to find a charter to get them through the Stanley Cup finals with a full refund.

Mr. Fox advises he is unaware of this issue and his client advised they are working to correct the conflict.

Mr. Conry advises there is potential conflict on June 9th and are in dialogue with

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...   2:12-bk-14362-DPC          WEDNESDAY, JUNE 05, 2013 03:30 PM

the Black Hawks and are in terms with the contract.

Mr. Meda is requesting assurances his client will be taken care of through the play-offs.

THE COURT WILL ENTERTAIN AN EMERGENCY MOTION WHEN FILED BY MR. AUSTIN AND/OR MR. MEDA.

Mr. Fox advises it does not make sense to go forward with the Star Flite Application on June 20th and he will speak to Mr. David.

Case 2:12-bk-14362-DPC   Doc 542   Filed 06/05/13   Entered 06/13/13 13:17:42   Desc
Main Document   Page 3 of 3   06/13/2013   1:17:31PM