# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SWIFT AIR, LLC | | |
| **Case Number:** | 2:12-bk-14362-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 20, 2013 09:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

*Matter:*

TRIAL ON STAR FLITE APPLICATION
**R / M #:**   0 / 0
**VACATED:  AS AGREED TO BY THE PARTIES.**

*Appearances:*

*Proceedings:*